704

Submitted March 12, 1973. *Richard D. Walker,* Public Defender, for appellant; *Richard L. Guida,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Benzeleski, Appellant.

Submitted March 19, 1973. *Peter G. Loftus,* Assistant Public Defender, for appellant; *William Garvey,* Assistant District Attorney, and *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Bethea, Appellant.

Submitted March 12, 1973. *Clarence B. Turns, Jr.,* Public Defender, for appellant; *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Bradford, Appellant.

Submitted March 12, 1973. *Hugh S. Rebert,* Assistant Public Defender, for appellant; *Joseph E. Erb,* Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Bradford, Appellant.

Submitted March 12, 1973. *Hugh S. Rebert,* Assistant Public Defender, for appellant; *Joseph E. Erb,* Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Bridell, Appellant.

Submitted March 19, 1973. *Donald M. Moser,* and *Lorch, Ryan, Peruto & Vitullo,* for appellant; *Robert B. Lawler* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Broadnax, Appellant.